**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ARICK M. JOHNSON, SR.** **PLAINTIFF**
**ADC #185962**

**V.** **NO. 4:26-cv-00785-JM-ERE**

**GUY HENRY and**
**DOES** **DEFENDANTS**

# ORDER

The Court has received a Partial Recommended Disposition ("RD") from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Johnson's timely objections, as well as a de novo review of the record, the Court concludes that the PRD should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Henry's motion for summary judgment (Doc. 5) is GRANTED. Mr. Johnson's claims against Defendant Henry are DISMISSED, without prejudice, for failure to exhaust administrative remedies. The Clerk is instructed to terminate Guy Henry as a party Defendant.

IT IS SO ORDERED, this 21st day of September, 2026.

UNITED STATES DISTRICT JUDGE