**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ARICK M. JOHNSON, SR.** **PLAINTIFF**
**ADC #185962**

**V.** **NO. 4:26-cv-00785-JM**

**DOES** **DEFENDANTS**

# ORDER

*Pro se* plaintiff Arick M. Johnson, Sr., an Arkansas Division of Correction ("ADC') inmate, filed this 42 U.S.C. § 1983 case. *Doc. 2*. Mr. Johnson currently is proceeding on a medical deliberate indifference claims against unidentified Doe Defendants.[1] In the August 4, 2026 Initial Order, the Court warned Mr. Johnson that he needed to identify and serve all Defendants within 90 days. Fed. R. Civ. P. 4(m); *Doc. 3 at 2*.[2] The Court specifically warned Mr. Johnson that his lawsuit could be dismissed if he failed to comply with the Court's Order.

To date, Mr. Johnson has not identified or served the Doe Defendants and the time to do so has passed.

IT IS THEREFORE ORDERED THAT:

1. The Court withdraws the reference.
2. Mr. Johnson's claims against the Doe Defendants are dismissed for failure to serve.
3. The Clerk is instructed to close this case.

---

[1] The Court previously dismissed Mr. Johnson's claims against Defendant Guy Henry. *Doc. 38*.

[2] On September 9, 2026, the Court reminded Mr. Johnson that he has 90 days from August 3, 2026, the date he filed his complaint, to identify and serve the Doe Defendants. The Court again warned Mr. Johnson that his failure to do so may result in the dismissal of those Defendants, without prejudice. *Doc. 32 at 1*.

4. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 17th day of November, 2026.

UNITED STATES DISTRICT JUDGE