**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ARICK M. JOHNSON, SR.** **PLAINTIFF**
**ADC #185962**

**V.** **NO. 4:26-cv-00785-JM**

**DOES** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 17th day of November, 2026.

UNITED STATES DISTRICT JUDGE